

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. S.<br><br>**Petitioner**<br>V.<br><br>See Attachment<br><br>**Respondent.** | Civil Action No. 25-cv-03783-AGS-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On February 20, 2026, the Court held a hearing. For the reasons stated on the record, the petition for a writ of habeas corpus (ECF 1 ) is denied without prejudice. The case is hereby closed.

Date: 2/23/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>25-cv-03783-AGS-JLBC</u>

Respondents:

Christopher J. LaRose
Warden, Otay Mesa Detention Center

Daniel Brightman
Field Office Director, San Diego Office of Detention and Removal

Todd M. Lyons
Acting Director, U.S. Immigration and Customs Enforcement

Pamela Bondi
Attorney General, U.S. Department of Justice

Kristi Noem
Secretary, U.S. Department of Homeland Security